# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| Linda Terrill, | ) |
| | ) |
|        **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 15-3240-CV-S-JTM |
| | ) |
| Carolyn W. Colvin, | ) |
| | ) |
|        **Defendant.** | ) |

## ORDER

Pending before the Court is plaintiff's *Application for Attorney's Fees Under The Equal Access to Justice Act,* filed April 7, 2016 [Doc. 19]. After due consideration of the issues presented, and in light of the agreement of the parties, it is

**ORDERED** that plaintiff's *Application for Attorney's Fees Under The Equal Access to Justice Act,* filed April 7, 2016 [Doc. 19] is **GRANTED**. Accordingly, plaintiff is awarded EAJA fees in the amount of $5,175.00.

                                                 */s/ John T. Maughmer*
                                                 **John T. Maughmer**
                                           **United States Magistrate Judge**